

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

September 3, 2025

**BY ECF**
The Honorable Jeannette A. Vargas
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
New York, New York 10007

**MEMO ENDORSED**

    Re:    *United States v. Joaquin Nunez Diaz*, 24 Cr. 498 (JAV)

Dear Judge Vargas:

    The Government writes, with the consent of defendant Joaquin Nunez Diaz, to respectfully request that the status conference currently scheduled for Friday, September 5, 2025, be adjourned for approximately 60 days.

    The parties respectfully submit that the proposed adjournment would serve the ends of justice and judicial economy by allowing the parties to continue their ongoing negotiations regarding a potential pretrial disposition. For the same reason, the Government, with the consent of the defendant, also respectfully requests that the Court exclude time under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A), until the date of the next conference.

The Government's request to adjourn the status conference is GRANTED. The Status Conference previously scheduled for September 5, 2025 at 10:00am, is adjourned to November 5, 2025 at 11:00am. The Clerk of Court is directed to terminate ECF No. 36.

Respectfully submitted,

JAY CLAYTON
United States Attorney

**SO ORDERED:**

by: _____ /s/ _____

*/s/ Jeannette Vargas*
The Honorable Jeannette A. Vargas
United States District Judge
Dated: September 4, 2025

Jane Chong
Assistant United States Attorney
(212) 637-2263

    cc:    Mark Gombiner, Esq. (by ECF)